IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PARIS L. WATERS, | § | |
| | § | |
| Defendant Below, | § | No. 496, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 0705019531, |
| | § | 0705011905 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 1, 2016
Decided: December 20, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## O R D E R

This 20th day of December 2016, upon consideration of the appellant's opening brief and the State's motion to affirm, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned order dated September 12, 2016.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*
Chief Justice